IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02501-LTB

IMAM-MUHAMMAD ABDULLAH,

Plaintiff,

v.

SAMUELS, BOP DIRECTOR,
C.O. WILLIAMS,
LT. RIVERS,
C.O. MANSPEAKER,
C.O. MASSEY,
C.O. SULONDS, Finance,
CASE MANAGER SUDLOW,
COUNSELOR MADISON,
T. GRAYSON, Education,
C.O. HAM,
C.O. GEOENZEN, ER,
C.O. EBEN GLISENE,
C.O. BREAM,
LT. SHORTIS,
CAPT. CHRIS,
C.O. BILBREY,
C.O. SHIEVEA,
CASE MANAGER FINNEY,
COLLINS, Executive Assistant,
C.O. MONDAY,
C.O. MEDINA,
C.O. HART,
C.O. DRIGGON,
C.O. CASSIAL, Religion,
C.O. KNOXS, Religious,
C.O. MUMUD, Religious,
CASE MANAGER HAWITT,
LT. GEDGANIAUA,
U.M. NARGOOD,
U.M. SPRUL,
MONSTER, A-War,
C.O. COLLINS,
C.O. REBILE,
C.O. REVELS,
C.O. MASSEL,

C.O. ARRIGON,
C.O. ANDERSON,
P.A. OSAGIE,
C.O. ACKENSON,
C.O. GONZELAS,
MICK, Kit. Admin.,
FOSTER, Counselor,
RENGAL, Unit Man.,
LT. WHITEHORSE
C.O. TURNER, and
C.O. OTIEGA,

Defendants.

---

JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 31, 2012, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 31 day of October, 2012.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: s/ S. Grimm
Deputy Clerk